1  BRIAN PAUL GEARING (*pro hac vice*)
   bgearing@crowell.com
2  CROWELL & MORING LLP
   590 Madison Avenue, 20th Floor
3  New York, NY 10022-2544
   Telephone: 212.223.4000
4  Facsimile: 212.223.4134

5  GABRIEL M. RAMSEY (SBN 209218)
   gramsey@crowell.com
6  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
7  San Francisco, CA 94111
   Telephone: 415.986.2800
8  Facsimile: 415.986.2827

9  ALI H.K. TEHRANI (*pro hac vice*)
   atehrani@crowell.com
10 CROWELL & MORING LLP
   1001 Pennsylvania Ave. NW
11 Washington, DC 20004
   Telephone: 202.624.2500
12 Facsimile: 202.628.5116

13 Attorneys for Defendant LOGITECH INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| 2BCOM, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>LOGITECH INC.,<br><br>                Defendant. | Case No. 5:21-cv-04605-WHO<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTIONS, MODIFICATION OF NOTICED HEARING DATES, AND CONTINUANCE OF THE INITIAL CASE SCHEDULE** |

**ORDER**

Before the Court is a joint stipulation agreed to and submitted by the parties for an extension of thirty (30) days for Logitech to file its oppositions to 2BCom's pending motions (ECF Nos. 26 and 27), modification of noticed hearing dates in connection with 2BCom's pending motions, and continuance of the Court's initial case schedule (ECF No. 23) until after disposition of 2BCom's pending motions. IT IS HEREBY ORDERED that the joint stipulation is GRANTED in its entirety. Logitech's oppositions shall be due on January 12, 2022. The noticed hearing dates are modified to February 2, 2022. The Court's initial case schedule is continued until after disposition of 2BCom's pending motions, at which point the Court will issue a new case schedule.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:   December 8, 2021

Hon. William H. Orrick
United States District Judge